

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00707-CR

Alonso Tarango **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11474
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment the trial court is AFFIRMED.

SIGNED September 18, 2013.

Luz Elena D. Chapa, Justice